# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-3168

———————————————

ANTHONY YAWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 22, 2026

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Anthony Yawn, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.